# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **Lori Box**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:10CV00669 CEJ |
| | ) | |
| **Michael J. Astrue**, | ) | |
| commissioner | ) | |
| Social Security Administration | ) | |
| Defendant. | ) | |

## ORDER

The above-styled case was filed in the Eastern Division of this court on April 21, 2010 and assigned to the Honorable Carol E. Jackson. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:10cv0028 FRB. The Honorable Frederick R. Buckles will preside.

Case No. 4:10cv00669 CEJ is hereby administratively closed. Judge Jackson's name will be replaced for future assignment.

Dated this 22th day of April, 2010.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **2:10cv0028 FRB** in all future matters concerning this case.